MARTE J. BASSI, ESQ. (SBN 130882)
mbassi@behblaw.com
D. MARK JACKSON, ESQ. (SBN 218502)
mjackson@behblaw.com
FARHEENA A. HABIB, ESQ. (SBN 243405)
fhabib@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:    (415) 397-1339

Attorneys for Defendant
GC SERVICES, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN MURAKAMI, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> GC SERVICES, LP, <br><br> Defendants. | Case No. CV18-1499-JCS <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT GC SERVICES, LP TO RESPOND TO THE COMPLAINT** |

Pursuant to Local Rule 6-1 of the United States District Court for the Northern District of California, the parties hereto stipulate that Defendant GC Services, LP may have additional time, up to and including June 10, 2018, by which to answer or otherwise respond to the Complaint of Plaintiffs Ken Murakami and Carolyn Murakami.

Date:   May 9, 2018                         BASSI, EDLIN, HUIE & BLUM LLP

By: *Farheena Habib*
FARHEENA A. HABIB
Attorneys for Defendant
GC SERVICES, LP

2472670

| | | |
|---|---|---|
| Date: | May 9, 2018 | LEMBERG LAW, LLC |

By: /s/ Trinette G. Kent
_____
TRINETTE G. KENT
Attorneys for Plaintiffs
KEN AND CAROLYN MURAKAMI

2472670

**ORDER**

IT IS SO ORDERED

DATED: _5/14/18_____



2472670

3