UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ken and Carolyn Murakami<br><br>        Plaintiff(s)<br><br>v.<br><br>GC Services, L.P.,<br><br>        Defendant(s) | CASE No C 3:18-cv-1499-EMC<br><br>STIPULATION AND [PR~~OPO~~SED]<br>ORDER SELECTING ADR PROCESS<br>ORDER REFERRING CASE TO MAGISTRATE JUDGE<br>FOR SETTLEMENT CONFERENCE |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☒ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☐ other requested deadline:

Date: May 17, 2018        Trinette G. Kent
                                    Attorney for Plaintiff

Date: May 17, 2018        Farheena A. Habib
                                    Attorney for Defendant

☒ IT IS SO ORDERED · This case is referred to magistrate judge for settlement
☐ IT IS SO ORDERED WITH MODIFICATIONS: conference. Settlement conference
                                                                      is to be held within 90 days.

Date:   5/23/18

                                                U.S. DISTRICT/MAGISTRATE JUDGE

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED AS MODIFIED; signature: Judge Edward M. Chen)*

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 5-1-2018*